# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No. SA CV 10-1729 WDK (FMOx) |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| ADALBERTO RAMIREZ, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the Court's Order Re: Further Proceedings and Settlement Conference, filed on March 31, 2011 ("Court's Order of March 31, 2011"), plaintiff and its counsel were required to do the following:

[1.] No later than 4:00 p.m. on **August 23, 2011**, counsel for plaintiff shall: (i) fax or hand-deliver a written settlement demand to defendants and/or counsel for defendants; and (ii) email (FMO_Chambers@cacd.uscourts.gov) or hand-deliver to the court's chambers a copy of the written settlement demand.

[2.] If defendants' response includes a counter-settlement offer, plaintiff's counsel shall, no later than 4:00 p.m. on **September 6, 2011**, (i) fax or hand-

        deliver a reply to defendants' counter-offer; and (ii) email (FMO_Chambers@cacd.uscourts.gov) or hand-deliver to the court's chambers a copy of plaintiff's reply.[1] If defendants' counter-offer is rejected, plaintiff's reply must contain a counter-settlement demand.

        [3.] [D]eliver to the chambers of the Magistrate Judge a Confidential Settlement Conference Statement on or before **September 13, 2011, at 4:00 p.m.**

        [4.] [A]ppear for a Settlement Conference on **September 20, 2011, at 3:30 p.m.**, in Courtroom F of the United States Courthouse, 312 North Spring Street, 9th Floor, Los Angeles, California.

(Court's Order of March 31, 2011, at 2-4). It appears from the record that plaintiff and/or its counsel did not comply with the requirements of the Court's Order of March 31, 2011, set forth above. Accordingly, IT IS HEREBY ORDERED as follows:

    1. If defendant wishes to seek reimbursement for the attorney's fees and costs expended in preparing for and attending the settlement conference session held on September 20, 2011, defendant and/or his counsel shall file a declaration(s) setting forth defendant's fees and costs no later than **October 12, 2011**.

    2. Plaintiff and plaintiff's counsel shall, no later than **October 17, 2011,** show cause, if any there be, why sanctions should not be imposed against him and/or his client for failure to comply with the Court's Order of March 31, 2011. **Plaintiff's counsel shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular, plaintiff's counsel's declaration must address why he did not comply with any of the provisions set forth above. In addition, plaintiff's response to the OSC must address the reasonableness of the fees and costs sought by defendant. Failure to timely file such a**

---

[1] Although plaintiff's counsel never served defense counsel with a written settlement demand, defense counsel nevertheless made a settlement offer on August 30, 2011, to which plaintiff's counsel did not respond.

**declaration or to show cause as ordered will result in sanctions being imposed against plaintiff's counsel and/or plaintiff.**

Dated this 6th day of October, 2011.

                                                      /s/
                                    Fernando M. Olguin
                                United States Magistrate Judge